BARFIELD *v.* PACIFIC MUTUAL LIFE INSURANCE COMPANY.

ATKINSON, Justice. It appearing from the allegations in the petition, construed most strongly against the pleader, that a claim is being made for indemnity that has accrued under the policy in which the insurer may defend, the petitioner has an adequate remedy at law; and consequently equity will not entertain jurisdiction to cancel the contract on the ground of the alleged fraud in the procurement. Enelow *v.* New York Life Insurance Co., 293 U. S. 379 (55 Sup. Ct. 310, 79 L. ed. 440).

*Judgment reversed. All the Justices concur.*

No. 11074. JULY 10, 1936.

706

*Harold Hirsch, Marion Smith, W. B. Cody,* and *E. L. Cody,* for plaintiff in error.

*Bryan, Middlebrooks & Carter,* contra.